Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sandra Patricia Campos

**Case Number:** EP:21-CR-00644-LS(1)

**Name of Sentencing Judicial Officer:** Frank Montalvo, Senior U.S. District Judge

**Date of Original Sentence:** November 16, 2021

**Original Offense:** Conspiracy to Transport Aliens, in violation of 8 U.S.C.§1324

**Original Sentence:** Three (3) Years Probation

**Type of Supervision:** Probation

**Date Supervision Commenced:** November 16, 2021

**Assistant U.S. Attorney:** Stephen G. Garcia          **Defense Attorney:** Peter R. Escobar

## PREVIOUS COURT ACTION

On March 10, 2022, a Summons in a Criminal Case was issued for Sandra Patricia Campos to appear before the Honorable Senior U.S. District Judge Frank Montalvo on March 24, 2022 at 10:30 am. The Summons in a Criminal Case was executed on March 14, 2022.

On March 15, 2022, an Order Setting Status Hearing Regarding Supervised Release In-Person on March 24, 2022, at 10:30 am, was filed.

On March 24, 2022, Sandra Patricia Campos appeared before the Honorable U.S. District Judge Frank Montalvo. The Court admonished Campos for submitting multiple positive drug specimens and for Campos' continuous denial of drug use. Further, Campos was admonished for tampering with a sweat patch placed on her arm by the U.S. Probation Officer on March 7, 2022. The Court instructed the U.S. Probation Officer to place a sweat patch on Campos and warned Campos to not tamper with sweat patch testing.

On June 22, 2022, the term of supervised release was revoked, and Campos was sentenced to Time Served (approximately 52 days) custody followed by 33 months supervised release. Upon Campos' release from custody, Campos was ordered to report and participate to inpatient substance abuse treatment at the Alpha Home in San Antonio, Texas. **The new term of supervised release began on July 6, 2022.**

On August 6, 2024, this case was assigned to the docket of the Honorable U.S. District Judge, Leon Schydlower.

**\* The petition was amended to include violation number 5.**

Sandra Patricia Campos
Docket No. EP:21-CR-00644 LS(1)
Amended Petition for Warrant or Summons for Offender Under Supervision
Page 2

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant must participate in a substance abuse treatment program with weekly counseling and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location·, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant must pay the costs of such treatment if financially able.

> **Nature of Noncompliance:** On October 5, 2022, Campos was enrolled in the substance abuse and mental health (co-occurring) treatment program, at Professional Counseling and Recovery Services (PCRS). As part of the substance abuse treatment program Campos is required to submit urine specimens for substance abuse testing. Campos has provided urine specimens, which have rendered positive results for methamphetamines on December 6, 2022. Campos was admonished by the probation officer for the positive urine specimen, at which time Campos admitted to have relapsed to drug use. In addition, Campos failed to report to scheduled drug testing on December 14, 2022. The officer admonished her for not reporting to drug testing and instructed her to report to drug testing on December 15, 2022; however, Campos failed to report to drug testing as instructed.
>
> Additionally, Campos has failed to participate in her individual substance abuse and mental health (co-occurring) treatment counseling session at Professional Counseling and Recovery Services on November 21, 2022, and December 17, 2022. Campos also failed to participate in group counseling sessions on December 7, 2022, December 14, 2022. It is noted, Campos reported she was unable to report to her scheduled drug testing or treatment sessions because she was not able to leave her employment; however, she did not notify this officer prior to not making it to testing or her sessions.

**Violation Number 2:** The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must pay the costs of such treatment if financially able.

> **Nature of Noncompliance:** Campos has failed to participate in her individual substance abuse and mental health (co-occurring) treatment counseling session at Professional Counseling and Recovery Services on November 21, 2022, and December 17, 2022. Campos also failed to participate in group counseling sessions on December 7, 2022, December 14, 2022. It is noted, Campos reported she was unable to report to her scheduled drug testing or treatment sessions because she was not able to leave her employment; however, she did not notify this officer prior to not making it to her sessions.

Sandra Patricia Campos
Docket No. EP:21-CR-00644 LS(1)
Amended Petition for Warrant or Summons for Offender Under Supervision
Page 3

**Violation Number 3:** The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

> **Nature of Noncompliance:** Campos reported that since December 1, 2022, she was employed at Abundant Living Home Health LLC., El Paso, Texas. On December 16, 2022, the probation officer contacted the aforementioned employer to verify Campos' employment, at which time Human Resources staff indicated Campos was employed with the company from April 18, 2022, through May 6, 2022, but was not currently employed with Abundant Living Home Health LLC.

**Violation Number 4:** The defendant shall pay a $100 special assessment.

> **Nature of Noncompliance:** Campos has failed to pay her court imposed $100 special assessment.

**Violation Number 5:** The defendant shall not knowingly leave the federal judicial district he or she is authorized to reside without first getting permission from the court or the probation officer.

> **Nature of Noncompliance:** On August 2, 2024, Campos was taken into custody by U.S. Marshals Service in Las Cruces, New Mexico for the outstanding federal warrant. It is noted, Campos did not have the permission from the court or the probation officer to leave the federal judicial district.

### U.S. Probation Officer Recommendation:

The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] modified as follows:

Sandra Patricia Campos
Docket No. EP:21-CR-00644 LS(1)
Amended Petition for Warrant or Summons for Offender Under Supervision
Page 4

Respectfully submitted,

*Ana Laura Guerrero* (signature)

Ana Laura Guerrero
U.S. Probation Officer
Office (915) 585-6585
Cellular (915) 204-4773

Date: September 6, 2024

Approved by,

*Magdalena Iturbe* (signature)

Magdalena Iturbe
Supervising U.S. Probation Officer
Office (915) 585-6586
Cellular (915) 861-8892